IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JORGE L. FLORES,

        Appellant,

v.

TYMBER SKAN ON THE LAKE OWNERS ASSOCIATION, SECTION TWO, INC., A NOT-FOR-PROFIT CORPORATION, MIGUEL FLORES, AND ORANGE COUNTY, FLORIDA,

        Appellees.

_____/

Case Nos.  5D21-1922
           5D21-1953
LT Case No. 2019-CA-004537-O

Decision filed July 26, 2022

Appeal from the Circuit Court
for Orange County,
Kevin B. Weiss, Judge.

Jorge Flores, Orlando, pro se.

Spencer M. Gledhill, of Fassett,
Anthony & Taylor, P.A., Orlando,
for Appellee, Tymber Skan on the
Lake Owners Association, Section
Two, Inc.

Jeffrey Newton, County Attorney,
and Shonda D. White, Assistant
County Attorney, Orlando, for
Appellee, Orange County, Florida.

1

No appearance for other Appellee.

PER CURIAM.

AFFIRMED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.